Form 6 (ND/SD Miss. Dec. 2016)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**Tobias Ward and Teresa Ward,** individually and as parents and next friends of T.W., their minor child; **T.W.**, a minor child; **Ronald Brookshire and Debra Brookshire,** individually and as parents and next friends of Ai.B and Ao.B., their minor children, and D.S., Debra's minor child; **Ai.B.,** a minor child; **Ao.B.,** a minor child; **D.S.,** a minor child; **Amy Spencer,** individually and as parent and next friend of Ax.E and Ah.E., her minor children; **Ax.E,** a minor child; and **Ah.E.**, a minor child,

      Plaintiffs,

v.

**Philana Harrell**, in her personal capacity; **Kimmerce Fairley**, in her personal capacity; **Carolyn O'Banner**, in her personal capacity; **Denise Krum**, in her personal capacity; **Lana Hoda**, in her personal capacity; **Shirease Anderson**, in her personal capacity; **Joy Richardson Harris**, in her personal capacity; **Mary Louis Castello**, in her personal capacity; **Patricia Burleson**, in her personal capacity; **Anita Twiner**, in her personal capacity; **Angela Fountain**, in her personal capacity; **Angela Bower**, in her personal capacity,

      Defendants

CIVIL ACTION
NO. 1:17-cv-00187-HSO-JCG

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:  Peter K. Kamakawiwoole, Jr.
   Firm Name:  Home School Legal Defense Association
   Office Address:  1 Patrick Henry Circle
   City:  Purcellville    State: VA   Zip: 20132
   Telephone:  (540) 338-5600    Fax: (540) 338-1952
   E-Mail:  peterk@hslda.org

FORM 6 (ND/SD MISS. DEC. 2016)

(B)  Client(s):      Tobias Ward, Teresa Ward, and T.W., a minor
     Address:       2055 Hwy 138
     City:          Riverdale                State: GA    Zip: 30296
     Telephone:     (678) 834-3364           Fax:

     Client(s):     Ronald Brookshire, Debra Brookshire, Ai.B., Ao.B., and D.S. minors
     Address:       518 Olde Rose Court
     City:          Riverdale                State: GA    Zip: 30274
     Telephone:     (561) 255-3154           Fax:

     Client(s):     Amy Spencer, Ax.E., and Ah.E., minors
     Address:       3164 Belfour Lane
     City:          Atlanta                  State: GA    Zip: 30331
     Telephone:     (561) 729-5305           Fax:

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?
   No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

         X          States of Missouri and Virginia
       _____        District of Columbia

and am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Missouri Supreme Court      Address: 207 West High St, Jefferson City, MO 65101
Phone: (573) 751-4144       Website: www.courts.mo.gov/page.jsp?id=27

Virginia Supreme Court      Address: 100 North Ninth Street, Richmond, VA 23219
Phone: (804) 786-2251       Website: www.courts.state.va.us/courts/scv/home.html

FORM 6 (ND/SD MISS. DEC. 2016)

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| Missouri Supreme Court | September 2011-present |
| Virginia Supreme Court | June 2012-present |
| U.S. District Court, Eastern District of Virginia | January 2013-present |
| U.S. District Court, Western District of New York | February 2013-present |
| U.S. District Court for the Western District of Missouri | November 2014-present |
| U.S. Court of Appeals for the Third Circuit | March 2017-present |

|     |     | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ☐ | ☒ |
|     | Have you had admission pro hac vice revoked in this state? | ☐ | ☒ |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |     | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☒ |

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| | | |

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| | |

| | Yes | No |
|---|---|---|
| (I) Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☒ | ☐ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☒ | ☐ |

FORM 6 (ND/SD MISS. DEC. 2016)

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: D. Scott Gibson (Bar No. 8460)

Firm Name: D. Scott Gibson, Attorney at Law

Office Address: 527 S. Magnolia Dr.

City: Wiggins    State MS    Zip 39577

Telephone: 601-528-6028    Fax: 601-528-6030

E-Mail: scott@dscottgibsonlaw.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

10 July 2017
Date

_____
Applicant's Handwritten Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

Form 6 (ND/SD Miss. Dec. 2016)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 11th day of July, 2017.

_____
Resident Attorney

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Betsy AuBuchon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/14/2011,

## Peter Kaaloehukai Kamakawiwoole, Jr.

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 3rd day of July 2017.

*Betsy AuBuchon*

Clerk of the Supreme Court of Missouri

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT PETER KAALOEHUKAI KAMAKAWIWOOLE, JR., IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. KAMAKAWIWOOLE WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON APRIL 25, 2012, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE VIRGINIA BOARD OF BAR EXAMINERS.

Issued July 7, 2017



KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER