FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**Tobias Ward and Teresa Ward,** individually and as parents and next friends of T.W., their minor child; **T.W.**, a minor child; **Ronald Brookshire and Debra Brookshire,** individually and as parents and next friends of Ai.B and Ao.B., their minor children, and D.S., Debra's minor child; **Ai.B.**, a minor child; **Ao.B.**, a minor child; **D.S.**, a minor child; **Amy Spencer,** individually and as parent and next friend of Ax.E and Ah.E., her minor children; **Ax.E**, a minor child; and **Ah.E.**, a minor child,

        Plaintiffs,

CIVIL ACTION
NO. 1:17-cv-00187-HSO-JCG

v.

**Philana Harrell**, in her personal capacity; **Kimmerce Fairley**, in her personal capacity; **Carolyn O'Banner**, in her personal capacity; **Denise Krum**, in her personal capacity; **Lana Hoda**, in her personal capacity; **Shirease Anderson**, in her personal capacity; **Joy Richardson Harris**, in her personal capacity; **Mary Louis Castello**, in her personal capacity; **Patricia Burleson**, in her personal capacity; **Anita Twiner**, in her personal capacity; **Angela Fountain**, in her personal capacity; **Angela Bower**, in her personal capacity,

        Defendants

## APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name: Darren A. Jones
Firm Name: Home School Legal Defense Association
Office Address: 1 Patrick Henry Circle
City: Purcellville   State: VA   Zip: 20132
Telephone: (540) 338-5600   Fax: (540) 338-1952
E-Mail: darren@hslda.org

FORM 6 (ND/SD MISS. DEC. 2016)

(B)  Client(s): Tobias Ward, Teresa Ward, and T.W., a minor
Address: 2055 Hwy 138
City: Riverdale   State: GA   Zip: 30296
Telephone: (678) 834-3364   Fax:

Client(s): Ronald Brookshire, Debra Brookshire, Ai.B., Ao.B., and D.S. minors
Address: 518 Olde Rose Court
City: Riverdale   State: GA   Zip: 30274
Telephone: (561) 255-3154   Fax:

Client(s): Amy Spencer, Ax.E., and Ah.E., minors
Address: 3164 Belfour Lane
City: Atlanta   State: GA   Zip: 30331
Telephone: (561) 729-5305   Fax:

The following information is optional:

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

(C)  I am admitted to practice in the:

__X__   State of California
__X__   District of Columbia

and am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

California Supreme Court   Address: 350 McAllister Street, San Francisco, CA 94102
Phone: (415) 865-7000   Website: www.courts.ca.gov/supremecourt.htm

FORM 6 (ND/SD MISS. DEC. 2016)

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| California Supreme Court | July 2000-present |
| U.S. Supreme Court | May 2007-present |
| U.S. District Court, Northern District of California | May 2005-present |
| U.S. District Court, Central District of California | October 2014-present |
| U.S. Court of Appeals for the Third Circuit | July 2006-present |
| U.S. Court of Appeals for the Eighth Circuit | October 2004-present |
| U.S. Court of Appeals for the Ninth Circuit | December 2010-present |
| U.S. Court of Appeals for the Federal Circuit | April 2005-present |

|   |   | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ☐ | ☒ |
|   | Have you had admission pro hac vice revoked in this state? | ☐ | ☒ |
|   | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|   |   | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ☐ | ☒ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

FORM 6 (ND/SD MISS. DEC. 2016)

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐ | ☒ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(H) Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
|  |  |
|  |  |
|  |  |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☒ | ☐ |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☒ | ☐ |

FORM 6 (ND/SD MISS. DEC. 2016)

(J) Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: D. Scott Gibson (Bar No. 8460)

Firm Name: D. Scott Gibson, Attorney at Law

Office Address: 527 S. Magnolia Dr.

City: Wiggins     State MS     Zip 39577

Telephone: 601-528-6028     Fax: 601-528-6030

E-Mail: scott@dscottgibsonlaw.com

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

7/10/2017                       _____
Date                               Applicant's Handwritten Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

Form 6 (ND/SD Miss. Dec. 2016)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 18th day of July, 2017.

_____
Resident Attorney



# Supreme Court of California

JORGE E. NAVARRETE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *DARREN AUGUST JONES*

I, JORGE E. NAVARRETE, Clerk of the Supreme Court of the State of California, do hereby certify that DARREN AUGUST JONES, #207966, was on the 6th day of July, 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 3rd day of July, 2017.*

JORGE E. NAVARRETE
*Clerk of the Supreme Court*

By: _____
*J. Hunter, Senior Deputy Clerk*



# District of Columbia Court of Appeals
### Committee on Unauthorized Practice of Law
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2777

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## DARREN AUGUST JONES

was on **FEBRUARY 4, 2013** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 13, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk